■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANTELLE SMITH, Appellant. [706 NYS2d 920] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Erie County Court, Drury, J.—Assault, 2nd Degree.) Present—Green, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 13, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO VAZQUEZ, Appellant. [706 NYS2d 919] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Feb. 17, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUANDRELL WIRT, Appellant. [706 NYS2d 921] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Criminal Sale Controlled Substance, 4th Degree.) Present—Pine, J. P., Hayes, Scudder, Kehoe and Lawton, JJ. (Filed Mar. 13, 2000.)